

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00116-CV

**ANGEL JENKINS, INDIVIDUALLY
AND ON BEHALF OF
LISA RENEE JENKINS, DECEASED,**

                                        **Appellants**

 **v.**

**MIRIAM SUMMERS, INDIVIDUALLY
AND AS REPRESENTATIVE/HEIR TO THE
ESTATE OF MALCOLM SUMMERS, DECEASED,**

                                        **Appellees**

**From the 40th District Court
Ellis County, Texas
Trial Court No. 79155**

## MEMORANDUM  OPINION

The brief in this appeal was due to be filed by June 9, 2011.  In a letter dated June 16, 2011, the Clerk of this Court notified Angel Jenkins, Individually and on Behalf of Lisa Renee Jenkins, that pursuant to Rules 38.8(a)(1) and 42.3 of the Texas Rules of Appellate Procedure, the Court would dismiss the appeal for want of prosecution

unless, within 21 days of the date of the letter, a brief was filed.  Tᴇx. R. Aᴘᴘ. P. 42.3(b).

The brief was due to be filed on July 7, 2011.  No brief has been filed.

Accordingly, the appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 17, 2011
Do not publish
[CV06]